UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

APRIL RESTOR                                                                                               PLAINTIFF

v.                                      No. 2:20-CV-02042

RELIANCE STANDARD LIFE
INSURANCE COMPANY and L. BRAND
SERVICE COMPANY, LLC                                                                             DEFENDANTS

**<u>JUDGMENT</u>**

Pursuant to the opinion and order entered in this case on this date, this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 25th day of January, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE